UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **LOUISIANA FAIR HOUSING ACTION CENTER, INC.,** | * | **CIVIL ACTION NO.:** |
| | * | **2:20-CV-02331** |
| Plaintiff | * | |
| | * | **SECTION E** |
| VS. | * | |
| | * | **JUDGE** |
| **GRUNDMANN ENTERPRISES, LLC,** | * | **SUSIE MORGAN** |
| **MARSHA GILBERT, AND THOMAS** | * | |
| **PETTINGILL,** | * | **MAGISTRATE** |
| Defendants | * | **KAREN WELLS ROBY** |

## ORDER

In accordance with the Motion for Voluntary Dismissal with Prejudice filed by Plaintiff, Louisiana Fair Housing Action Center, Inc.,

**IT IS ORDERED** that all claims by Louisiana Fair Housing Action Center, Inc. in case no. 20-2331 are **DISMISSED WITH PREJUDICE**, each party to bear its own cost.

New Orleans, Louisiana, __10th__ day of May, 2021.

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**